UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN RICHARD POKRAS,

　　　　　　Petitioner

　　　　v.

LANCASTER STATE PRISON,
SUPERIOR COURT OF
CALIFORNIA, LOS ANGELES,

　　　　Respondents.

Case No. 2:21-cv-00978-JVS (GJS)

JUDGMENT

Pursuant to the Court's Order:  Dismissing Petition For Writ Of Habeas Corpus Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: February 08, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE